■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY ABRAMSON, on Behalf of OWEN WELLS, Petitioner, v JAMES GARVEY, Respondent. [615 NYS2d 1004] —Writ of habeas corpus in the nature of an application for bail reduction upon Orange County Indictment No. 94-00202. Production of the accused has been waived.

Upon the papers filed in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The bail determination was already reviewed by the Supreme Court, Orange County. Mangano, P. J., Copertino, Friedmann and Krausman, JJ., concur.

THIRD DEPARTMENT, JULY, 1994

(July 7, 1994)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK JENKINS, Appellant. [615 NYS2d 1012] —Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered July 29, 1991, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Initially, we find no merit to defendant's contention that County Court failed to comply with its duty to inquire concerning the entrapment defense as there was nothing in the plea allocution which would have alerted County Court to make such an inquiry. We also reject defendant's contention that his 2- to 6-year prison sentence was harsh and excessive. When defendant entered his guilty plea, which was in satisfaction of a two-count indictment, he did so knowing that he would receive the sentence ultimately imposed by County Court.

Cardona, P. J., Mercure, Casey, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.